# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT** | ) | |
| **OPPORTUNITY COMMISSION.** | ) | |
| | ) | **NO. 3:20-cv-00912** |
| **Plaintiff,** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **v.** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| **MEDICONE MEDICAL RESPONSE OF** | ) | |
| **TN, INC.; and MEDICONE MEDICAL** | ) | |
| **RESPONSE OF MIDDLE TN, INC** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Pending before the Court is Plaintiff's Motion to Reopen Case and Approve and Enter Consent Decree. (Doc. No. 34). The Motion is **GRANTED** in part. This case is **REOPENED** to allow for review of the Consent Decree. Defendants shall file any response to the Motion to Approve and Enter Consent decree on or before October 29, 2021.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE